**Opinion filed August 6, 2009**



In The

# Eleventh Court of Appeals

---

## No. 11-09-00058-CR

---

### MICHAEL LEE CANTERO, Appellant

### V.

### STATE OF TEXAS, Appellee

---

**On Appeal from the 266th District Court**
**Erath County, Texas**
**Trial Court Cause No. CR12941**

---

### M E M O R A N D U M   O P I N I O N

Michael Lee Cantero has filed in this court a motion to dismiss his appeal. The motion is signed by both appellant and his counsel. The motion is granted, and the appeal is dismissed.

PER CURIAM

August 6, 2009

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.